

## IT IS ORDERED as set forth below:

**Date: February 14, 2017**

*Mary Grace Diehl*
_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-71563-MGD |
| | ) | |
| RITA ANN ROSE | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

TO:   ALL ENTITIES ASSERTING A CLAIM AGAINST OR INTEREST IN THE ABOVE CAPITONED DEBTOR

The Debtor has moved for an order fixing a time for filing proofs of claim. Pursuant to Fed. R. Bankr. R. 3003(c)(3), the court may fix the time within which proofs of claim or proofs of interest may be filed. Accordingly, it is

ORDERED AND NOTICE IS HEREBY GIVEN that the court fixes

April 14, 2017 (the "Bar Date") as the last day on which any entity, including without limitation, individuals, partnerships, corporations, estates, trusts and governmental units, may file a timely proof of claim or interest in this case. The term "claim", defined in 11 U.S.C. §101(5), includes those secured by an interest in the Debtor's property or property

Schedules is responsible for reviewing them to determine whether the claim or interest is accurately listed. If it is unclear from the Schedules whether an entity's claim or interest is disputed, contingent, unliquidated or incorrect as to amount or is otherwise improperly scheduled, that entity must file a proof of claim or interest on or before the Bar Date in order to be certain that it receives the treatment it asserts is correct.

IT IS FURTHER ORDERED that counsel for Debtor shall serve a copy of this Order and Notice upon all creditors and parties in interest within 72 hours of entry hereof and shall file the appropriate certificate of service with this Court within three (3) business days thereafter

Submitted this 14th day of February, 2017:

**END OF DOCUMENT**

Prepared by:

____/s/_____
Howard P. Slomka
Georgia Bar No. 652875
Attorney for Debtor
The Slomka Law Firm, PC
1069 Spring Street, NW
2nd Floor
Atlanta, GA 30309
678-732-0001
howie@slomkalawfirm.com

**Distribution List:**
Howard P. Slomka
The Slomka Law Firm, PC
1069 Spring Street, NW
2nd Floor
Atlanta, GA 30309

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Viraj P. Deshmukh
Shapiro, Pendergast & Hasty, LLP
Suite 300
211 Perimeter Center Parkway, NE
Atlanta, GA 30346-1305

Capital One N.A. Ascension Capital Group
P.O. Box 165028
Irving, TX 75016-5028

Matthew N. Foree
Freeman Mathis & Gary LLP
Suite 1600
100 Galleria Parkway
Atlanta, GA 30339-5948

(p)GEORGIA DEPARTMENT OF
REVENUE COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Andrew D. Gleason
Lefkoff, Rubin & Gleason PC
Suite 900
5555 Glenridge Connector
Atlanta, GA 30342-4762

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Vivieon E. Kelley
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Lindsay P. S. Kolba
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3330

Lot 47 Island Harbor Club, LLC
c/o Tamara Miles Ogier
170 Mitchell St., SW
Atlanta, GA 30303-3441

PENDERGAST AND ASSOCIATES P C
211 PERIMETER CENTER PARKWAY
SUITE 300
ATLANTA GA 30346-1305

James B. McClung
Carol Clark Law
6075 Lake Forrest Drive
Suite 200
Atlanta, GA 30328-3845

Julie D. Mehelic
Shapiro Pendergast & Hasty, LLP
Suite 300
211 Perimeter Center Parkway, NE
Atlanta, GA 30346-1305

Neil L. Wilcove
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

Tamara Miles Ogier
Ogier Rothschild & Rosenfeld, PC
170 Mitchell Street, S.W.
Atlanta, GA 30303-3441

Philip D. Storey
Alvarez, Samol & Winthrop
PO Box 3511
Orlando, FL 32802-3511

St. Paul Fire & Marine Insurance Co
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

SLS
8742 Lucent Blvd
Suite 300
Highlands Ranch, CO 80129-2386

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

SunTrust Bank
Attn: Support Services
PO Box 85092
Richmond, VA 23285-5092

Suntrust
PO Box 26150/VA-RIC-9394
Richmond, VA 23260-6150

Suntrust
PO Box 4986
Orlando, FL 32802-4986

The Bank of New York Mellon,
Trustee(See 410 c/o Specialized Loan
Servicing, LLC
8742 Lucent Blvd, Ste 300
Highlands Ranch, CO 80129-2386

U. S. Attorney
600 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta GA 30303-3315

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A.<br>Department<br>MAC# D3347-014<br>3476 Stateview Boulevard<br>Fort Mill, SC 29715-7203 | WELLS FARGO BANK, N.A.<br>MAC F8235-02F<br>PO BOX 10438<br>DES MOINES, IA 50306-0438 | Wells Fargo<br>800 Walnut Street<br>Des Moines, IA 50309-3891 |
| Wells Fargo Home Mortgage<br>PO Box 10368<br>Des Moines, IA 50306-0368 | | |
| GEORGIA DEPARTMENT OF<br>COMPLIANCE DIVISION<br>ARCS - BANKRUPTCY<br>1800 CENTURY BLVD NE, SUITE<br>ATLANTA, GA 30345-3205 | Georgia Department of Revenue<br>1800 Century Blvd<br>Suite 17200<br>Atlanta, GA 30345 | Anthony Maselli<br>Shapiro, Pendergast & Hasty, LLP<br>211 Perimeter Center Parkway, NE<br>Suite 300<br>Atlanta, GA 30346 |