# UNITED STATES BANKRUPTCY COURT
## _____ DISTRICT OF _____
## _____ DIVISION

IN RE: Rita Ann Rose

CASE NUMBER: 15-71563 MGD

JUDGE

DEBTOR.

CHAPTER 11

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM Nov 1 TO Nov 30, 2017

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 12/15/17

_Slomka_
Attorney for Debtor

Debtor's Address
and Phone Number:
1217 Village Terr Ct
Dunwoody, GA 30338
Tel. _____

Attorney's Address
and Phone Number:
Slipakoff + Slomka, PC
2859 Paces Ferry Rd, SE, Ste 1700
Atlanta, GA 30339
Bar No. 652875
Tel. (404) 800-4017

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm.
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183



Page 1 of 3
63/E00/0175/0/11
XXXXXXXXX4828
11/30/2017
0000

# Account Statement

RITA ROSE DIP
CASE #1571563
1217 VILLAGE TERRACE CT
DUNWOODY GA 30338-2318

Questions? Please call
1-800-786-8787

Financial confidence gives you all kinds of confidence.
Join the movement at onUp.com.
Confidence Starts Here.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| ESSENTIAL CHECKING | XXXXXXXX4828 | 11/01/2017 - 11/30/2017 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $1,396.30 | Average Balance | $1,723.88 |
| Deposits/Credits | $3,200.00 | Average Collected Balance | $1,723.88 |
| Checks | $3,814.43 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $15.00 | | |
| Ending Balance | $766.87 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 1000191004828 | ************4844 |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| 11/01 | | Beginning Balance | | | 1,396.30 |
| 11/01 | 1339 | Check | | 159.95 | 1,236.35 |
| 11/02 | 1340 | Check | | 58.50 | 1,177.85 |
| 11/03 | | Check Card Purchase TR DATE 11/01 The Hub Wash Atlanta    Ga | | 12.00 | 1,165.85 |
| 11/06 | | Deposit | 700.00 | | |
| 11/06 | | Deposit | 850.00 | | 2,715.85 |
| 11/08 | 1345 | Check | | 21.01 | 2,694.84 |
| 11/09 | 1350 | Check | | 753.31 | |
| 11/09 | 1348 | Check | | 33.87 | |
| 11/09 | 1347 | Check | | 39.82 | 1,867.84 |
| 11/10 | 1346 | Check | | 107.31 | 1,760.53 |
| 11/13 | 1349 | Check | | 490.16 | |
| 11/13 | 1343 | Check | | 34.85 | |
| 11/13 | *1342 | Check | | 42.53 | 1,192.99 |
| 11/15 | | Electronic/ACH Credit SSA Treas 310 Xxsoc Sec *****7891A SSA | 1,650.00 | | 2,842.99 |
| 11/20 | 1351 | Check | | 170.54 | 2,672.45 |
| 11/21 | 1352 | Check | | 1,458.00 | 1,214.45 |
| 11/29 | 1344 | Check | | 444.58 | 769.87 |
| 11/30 | | Paper Statement Fee | | 3.00 | 766.87 |
| 11/30 | | Ending Balance | | | 766.87 |

108691                                                Member FDIC                                     Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183



Page 2 of 3
63/E00/0175/0/11
████████4828
11/30/2017

# Account Statement

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| | | Credit and Debit Totals | $3,200.00 | $3,829.43 | |

* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.
The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

### Overdraft & Returned Item Fees Summary

| | Total for this period | Total for year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $108.00 |
| Total Returned Item Fees | $0.00 | $0.00 |
| Total Overdraft Fee Refunds | $0.00 | $36.00 |

Refund amounts may include refunds for fees incurred during a previous statement period.

### Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 11/01 | 1,236.35 | 1,236.35 | 11/13 | 1,192.99 | 1,192.99 |
| 11/02 | 1,177.85 | 1,177.85 | 11/15 | 2,842.99 | 2,842.99 |
| 11/03 | 1,165.85 | 1,165.85 | 11/20 | 2,672.45 | 2,672.45 |
| 11/06 | 2,715.85 | 2,715.85 | 11/21 | 1,214.45 | 1,214.45 |
| 11/08 | 2,694.84 | 2,694.84 | 11/29 | 769.87 | 769.87 |
| 11/09 | 1,867.84 | 1,867.84 | 11/30 | 766.87 | 766.87 |
| 11/10 | 1,760.53 | 1,760.53 | | | |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 3
63/E00/0175/0/11
XXXXXXXXX4828
11/30/2017



# Account Statement

To change your address, please call 1-800-SUNTRUST (1-800-786-8787). Business clients call 1-800-752-2515

Complete this section to balance this statement to your transaction register.

Month _____ Year _____

Bank Balance Shown on statement  $ _____

Add (+) _____ $ _____
Deposits not shown on this
statement (if any).

Total (+) $ _____

Subtract (-)
Checks and other items outstanding but not paid on this statement (if any).

| $ | | $ |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total (-) $ _____
Balance $ _____
These balances should agree ↑

Your Transaction
Register Balance  $ _____

Add (+)  $ _____
Other credits shown on
this statement but not
in transaction register.

Add (+)  $ _____
Interest paid (for use in balancing interest-bearing
accounts only).

Total (+)  $ _____

Subtract (-) Other debits shown on this statement
but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |

Total (-) $ _____
Balance $ _____

**In Case Of Errors Or Questions About Your Electronic Transfers (ETF)**
Telephone us at 800.447.8994, Option 1 or write us at SunTrust Bank, Attention: Fraud Assistance Center, P.O. Box 4418, Mail Code GA-MT-0413, Atlanta, GA 30302 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. (1) Tell us your name and account number (if any). (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

108693                                                    Member FDIC

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: |
|---|
| Case Number: |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this rept.

| | Month Nov | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 1396 30 | |
| CASH- Beginning of Month (Business) | — | |
| | | |
| Total Household Receipts | 3200 00 | |
| Total Business Receipts | — | |
| Total Receipts | | |
| | | |
| Total Household Disbursements | 3829 43 | |
| Total Business Disbursements | — | |
| Total Disbursements | | |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | | |
| | | |
| CASH- End of Month (Individual) | 174 81 | |
| CASH- End of Month (Business) | | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | | |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _17_ day of _Dec_ 20_17_

Debtor's Signature

Monthly Operating Report - Indivdual

9:59 AM
12/10/17

# Rita Rose
# Reconciliation Summary
### Rita Rose, Period Ending 11/30/2017

|  | Nov 30, 17 |
|---|---|
| **Beginning Balance** | 1,396.30 |
| Cleared Transactions |  |
|     Checks and Payments - 15 items | -3,829.43 |
|     Deposits and Credits - 3 items | 3,200.00 |
| Total Cleared Transactions | -629.43 |
| **Cleared Balance** | **766.87** |
| Uncleared Transactions |  |
|     Checks and Payments - 12 items | -2,434.01 |
|     Deposits and Credits - 6 items | 1,944.58 |
| Total Uncleared Transactions | -489.43 |
| **Register Balance as of 11/30/2017** | **277.44** |
| New Transactions |  |
|     Checks and Payments - 3 items | -102.63 |
| Total New Transactions | -102.63 |
| **Ending Balance** | **174.81** |

10:11 AM
12/14/17
Accrual Basis

# Rita Rose
# Balance Sheet
## As of November 30, 2017

|  | Nov 30, 17 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Rita Rose | -444.62 |
| **Total Checking/Savings** | -444.62 |
| **Total Current Assets** | -444.62 |
| **TOTAL ASSETS** | -444.62 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 1,614.08 |
| **Total Accounts Payable** | 1,614.08 |
| **Other Current Liabilities** | |
| Mortgage | -26,553.50 |
| **Total Other Current Liabilities** | -26,553.50 |
| **Total Current Liabilities** | -24,939.42 |
| **Total Liabilities** | -24,939.42 |
| **Equity** | |
| Opening Balance Equity | 100.00 |
| Retained Earnings | 12,655.32 |
| Net Income | 11,739.48 |
| **Total Equity** | 24,494.80 |
| **TOTAL LIABILITIES & EQUITY** | -444.62 |

10:09 AM
12/14/17
Accrual Basis

# Rita Rose
# Profit & Loss
### November 2017

|  | Nov 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | 1,550.00 |
| **Total Income** | 1,550.00 |
| **Gross Profit** | 1,550.00 |
| **Expense** | |
| Automobile Expense | 24.00 |
| Bank Service Charges | 3.00 |
| Computer and Internet Expenses | 351.64 |
| Insurance Expense | 444.58 |
| Medical Expense | 87.95 |
| miscellaneous exp | 195.00 |
| Utilities | 562.72 |
| **Total Expense** | 1,668.89 |
| **Net Ordinary Income** | -118.89 |
| **Other Income/Expense** | |
| **Other Income** | |
| Socal Security | 1,650.00 |
| **Total Other Income** | 1,650.00 |
| **Net Other Income** | 1,650.00 |
| **Net Income** | 1,531.11 |

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|   | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** |   |   |
|   |   |   |
| **CASH RECEIPTS** |   |   |
| Salary or Cash from Business |   |   |
| Wages from Other Sources (attach list to this report) |   |   |
| Interest or Dividend Income |   |   |
| Alimony or Child Support |   |   |
| Social Security/Pension/Retirement | 1650.00 |   |
| Sale of Household Assets (attach list to this report) |   |   |
| Loans/Borrowing from Outside Sources (attach list to this report) |   |   |
| Other (specify) (attach list to this report) Rent | 1550.00 |   |
|   |   |   |
| **TOTAL RECEIPTS** | 3200.00 |   |
|   |   |   |
| **CASH DISBURSEMENTS** |   |   |
| Alimony or Child Support Payments | — |   |
| Charitable Contributions | — |   |
| Gifts |   |   |
| Household Expenses/Food/Clothing |   |   |
| Household Repairs & Maintenance |   |   |
| Insurance | 444.55 |   |
| IRA Contribution |   |   |
| Lease/Rent Payments |   |   |
| Medical/Dental Payments | 87.95 |   |
| Mortgage Payment(s) |   |   |
| Other Secured Payments |   |   |
| Taxes - Personal Property |   |   |
| Taxes - Real Estate |   |   |
| Taxes Other (attach schedule) |   |   |
| Travel & Entertainment |   |   |
| Tuition/Education |   |   |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 562.72 |   |
| Vehicle Expenses | 24 |   |
| Vehicle Secured Payment(s) |   |   |
| U. S. Trustee Quarterly Fees |   |   |
| Professional Fees (Legal, Accounting) |   |   |
| Other (attach schedule) S/C | 3.00 |   |
| Campsite | 351.64 |   |
| Misc | 195.00 |   |
|   |   |   |
| **Total Household Disbursements** |   |   |
|   |   |   |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) |   |   |

Monthly Operating Report - Individual

10:08 AM
12/14/17
Accrual Basis

# Rita Rose
## Profit & Loss Detail
### November 2017

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | |
| **Income** | | | | | | | | |
| **Rental Income** | | | | | | | | |
| Deposit | 11/02/2017 | dep | Rita Rose | | | Rita Rose | 700.00 | 700.00 |
| Deposit | 11/02/2017 | dep | Rita Rose | | | Rita Rose | 850.00 | 1,550.00 |
| Total Rental Income | | | | | | | 1,550.00 | 1,550.00 |
| Total Income | | | | | | | 1,550.00 | 1,550.00 |
| **Gross Profit** | | | | | | | 1,550.00 | 1,550.00 |
| **Expense** | | | | | | | | |
| **Automobile Expense** | | | | | | | | |
| Check | 11/03/2017 | 0274... | Hub Carwash | winters chap... | | Rita Rose | 12.00 | 12.00 |
| Check | 11/10/2017 | debit | Hub Carwash | norton nov 2... | | Rita Rose | 12.00 | 24.00 |
| Total Automobile Expense | | | | | | | 24.00 | 24.00 |
| **Bank Service Charges** | | | | | | | | |
| Check | 11/30/2017 | | | Service Charge | | Rita Rose | 3.00 | 3.00 |
| Total Bank Service Charges | | | | | | | 3.00 | 3.00 |
| **Computer and Internet Expenses** | | | | | | | | |
| Bill | 11/03/2017 | 0274... | Comcast | | | Accounts Pay... | 170.54 | 170.54 |
| Bill | 11/21/2017 | 0274... | Comcast | | | Accounts Pay... | 181.10 | 351.64 |
| Total Computer and Internet Expenses | | | | | | | 351.64 | 351.64 |
| **Insurance Expense** | | | | | | | | |
| Bill | 11/21/2017 | 2816... | Encompass Home ... | | | Accounts Pay... | 444.58 | 444.58 |
| Total Insurance Expense | | | | | | | 444.58 | 444.58 |
| **Medical Expense** | | | | | | | | |
| Bill | 11/10/2017 | 1553... | Georgia Surgical Pr... | | | Accounts Pay... | 32.56 | 32.56 |
| Bill | 11/21/2017 | 524751 | Thomas Eye Group | | | Accounts Pay... | 55.39 | 87.95 |
| Total Medical Expense | | | | | | | 87.95 | 87.95 |
| **miscellaneous exp** | | | | | | | | |
| Bill | 11/21/2017 | 4072... | Wells Fargo Card S... | | | Accounts Pay... | 195.00 | 195.00 |
| Total miscellaneous exp | | | | | | | 195.00 | 195.00 |

10:08 AM
12/14/17
Accrual Basis

# Rita Rose
## Profit & Loss Detail
### November 2017

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Utilities** | | | | | | | | |
| Bill | 11/02/2017 | 6001... | True Natural Gas | | | Accounts Pay... | 39.82 | 39.82 |
| Bill | 11/02/2017 | 6001... | True Natural Gas 4... | | | Accounts Pay... | 33.87 | 73.69 |
| Bill | 11/21/2017 | 2308... | Georgia Power | | | Accounts Pay... | 79.68 | 153.37 |
| Bill | 11/21/2017 | 6841... | Florida Power | | | Accounts Pay... | 72.47 | 225.84 |
| Bill | 11/21/2017 | 0027... | Comcast 1111 | | | Accounts Pay... | 164.61 | 390.45 |
| Bill | 11/21/2017 | 7685... | True Natural Gas 4... | | | Accounts Pay... | 49.53 | 439.98 |
| Bill | 11/21/2017 | 6860... | True Natural Gas | | | Accounts Pay... | 72.89 | 512.87 |
| Bill | 11/21/2017 | 4028... | Dekalb County Rem... | | | Accounts Pay... | 49.85 | 562.72 |
| **Total Utilities** | | | | | | | 562.72 | 562.72 |
| **Total Expense** | | | | | | | 1,668.89 | 1,668.89 |
| **Net Ordinary Income** | | | | | | | -118.89 | -118.89 |
| **Other Income/Expense** | | | | | | | | |
| **Other Income** | | | | | | | | |
| **Socal Security** | | | | | | | | |
| Deposit | 11/15/2017 | dep | Rita Rose | Deposit | | Rita Rose | 1,650.00 | 1,650.00 |
| **Total Socal Security** | | | | | | | 1,650.00 | 1,650.00 |
| **Total Other Income** | | | | | | | 1,650.00 | 1,650.00 |
| **Net Other Income** | | | | | | | 1,650.00 | 1,650.00 |
| **Net Income** | | | | | | | 1,531.11 | 1,531.11 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **Total Business Receipts** | | |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | | |
| | | |
| **Total Business Disbursements** | | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | | |

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. | Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. | Are any post-petition payroll taxes past due? | | ✓ |
| 7. | Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. | Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. | Are any post-petition real estate taxes past due? | | ✓ |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. | Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust | ~~[redacted]~~ | 4px | |
| Account Number: | | | | |
| Purpose of Account (Business/Personal) | | Attached | | |
| Type of Account (e.g. checking) | | | | |
| 1. Balance per Bank Statement | | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | Attached | |
| | | | | TOTAL $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3B

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g. Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | TOTAL | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3C

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.