UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re:  Debtor(s)
**Rita Ann Rose**
1217 Village Terrace Court
Dunwoody, GA 30338

**xxx−xx−7891**

Case No.:  **15−71563−mgd**
Chapter:  **11**
Judge:  **Mary Grace Diehl**

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

**March 8, 2018** at **02:00 PM** in **Courtroom 1201, Atlanta** to consider and act upon the following:

STATUS CONFERENCE

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: February 16, 2018

Form 165