UNITED STATES BANKRUPTCY COURT
_Northern_ DISTRICT OF _Georgia_
_Atlanta_ DIVISION

IN RE:                                                                CASE NUMBER: 15-71563 MGD

_Rita Ann Rose_

                                                                      JUDGE

DEBTOR.                                                               CHAPTER 11

---

**DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)**
FOR THE PERIOD
FROM _Feb 1_ TO _Feb 28, 2018_

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 3/15/2018

_____
Attorney for Debtor

Debtor's Address
and Phone Number:
_1217 Village Pymed Ct_
_Dunwoody GA 30338_

Tel. _____

Attorney's Address
and Phone Number:
2859 Paces Ferry Rd SE
Suite 1700
Atlanta, GA 30339
Bar No. 652875
Tel. (404) 800-4017

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm.
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name:
Case Number:

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 210 ¹³ | |
| CASH- Beginning of Month (Business) | — | |
| Total Household Receipts | 3,516 ⁴⁰ | |
| Total Business Receipts | — | |
| Total Receipts | | |
| Total Household Disbursements | 3,780 ⁴⁷ | |
| Total Business Disbursements | — | |
| Total Disbursements | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | | |
| CASH- End of Month (Individual) | −45 ⁰⁴ | |
| CASH- End of Month (Business) | — | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | | |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 15 day of Mar 20 18

Debtor's Signature

Monthly Operating Report - Individual

11:36 AM
03/09/18

# Rita Rose
## Reconciliation Summary
Rita Rose, Period Ending 02/28/2018

|  | Feb 28, 18 |
|---|---:|
| **Beginning Balance** | 210.13 |
| **Cleared Transactions** | |
| Checks and Payments - 15 items | -3,580.49 |
| Deposits and Credits - 9 items | 3,516.00 |
| **Total Cleared Transactions** | -64.49 |
| **Cleared Balance** | 145.64 |
| **Uncleared Transactions** | |
| Checks and Payments - 5 items | -136.64 |
| Deposits and Credits - 3 items | 0.00 |
| **Total Uncleared Transactions** | -136.64 |
| **Register Balance as of 02/28/2018** | 9.00 |
| **New Transactions** | |
| Checks and Payments - 8 items | -1,964.05 |
| Deposits and Credits - 4 items | 1,910.00 |
| **Total New Transactions** | -54.05 |
| **Ending Balance** | -45.05 |

11:41 AM
03/09/18

# Rita Rose
## Reconciliation Detail
### Rita Rose, Period Ending 02/28/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 210.13 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 15 items** | | | | | | |
| Bill Pmt -Check | 02/02/2018 | 1395 | Wells Fargo Home ... | X | -649.83 | -649.83 |
| Bill Pmt -Check | 02/02/2018 | 1389 | Emcompass Home .. | X | -444.58 | -1,094.41 |
| Bill Pmt -Check | 02/02/2018 | 1388 | Comcast 1111 | X | -175.94 | -1,270.35 |
| Bill Pmt -Check | 02/02/2018 | 1393 | True Natural Gas | X | -146.08 | -1,416.43 |
| Bill Pmt -Check | 02/02/2018 | 1394 | True Natural Gas 4 .. | X | -115.05 | -1,531.48 |
| Bill Pmt -Check | 02/02/2018 | 1390 | Florida Power | X | -107.49 | -1,638.97 |
| Bill Pmt -Check | 02/02/2018 | 1391 | Georgia Power | X | -94.09 | -1,733.06 |
| Bill Pmt -Check | 02/02/2018 | 1392 | Thomas Eye Group | X | -27.59 | -1,760.65 |
| Bill Pmt -Check | 02/14/2018 | 1399 | Harbortown Village ... | X | -1,458.00 | -3,218.65 |
| Bill Pmt -Check | 02/14/2018 | 1396 | Comcast | X | -185.42 | -3,404.07 |
| Bill Pmt -Check | 02/14/2018 | 1401 | North Perimeter An.. | X | -22.96 | -3,427.03 |
| Check | 02/20/2018 | debit | Krogers | X | -54.98 | -3,482.01 |
| Check | 02/20/2018 | debit | Asian Cafe | X | -40.72 | -3,522.73 |
| Check | 02/22/2018 | debit | Krogers | X | -54.76 | -3,577.49 |
| Check | 02/28/2018 | eft | Suntrust | X | -3.00 | -3,580.49 |
| Total Checks and Payments | | | | | -3,580.49 | -3,580.49 |
| **Deposits and Credits - 9 items** | | | | | | |
| Deposit | 02/01/2018 | | | X | 700.00 | 700.00 |
| Deposit | 02/01/2018 | | | X | 850.00 | 1,550.00 |
| Deposit | 02/13/2018 | dep | Suntrust | X | 200.00 | 1,750.00 |
| Deposit | 02/13/2018 | dep | Suntrust | X | 1,661.00 | 3,411.00 |
| Deposit | 02/14/2018 | eft | Suntrust | X | 25.00 | 3,436.00 |
| Deposit | 02/20/2018 | 1382... | Suntrust | X | 80.00 | 3,516.00 |
| Bill Pmt -Check | 03/03/2018 | 1405 | Harbortown Village .. | X | 0.00 | 3,516.00 |
| Bill Pmt -Check | 03/03/2018 | 1410 | Emcompass Home .. | X | 0.00 | 3,516.00 |
| Check | 03/05/2018 | dep | Daniel E. Rose | X | 0.00 | 3,516.00 |
| Total Deposits and Credits | | | | | 3,516.00 | 3,516.00 |
| Total Cleared Transactions | | | | | -64.49 | -64.49 |
| **Cleared Balance** | | | | | -64.49 | 145.64 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Check | 01/31/2017 | eft | Microtel | | -1.00 | -1.00 |
| Check | 11/30/2017 | | | | -3.00 | -4.00 |
| Bill Pmt -Check | 02/14/2018 | 1398 | Dekalb County Rem... | | -63.88 | -67.88 |
| Bill Pmt -Check | 02/14/2018 | 1397 | Daniel S Goodman | | -46.99 | -114.87 |
| Bill Pmt -Check | 02/14/2018 | 1400 | Laureate Medical G... | | -21.77 | -136.64 |
| Total Checks and Payments | | | | | -136.64 | -136.64 |
| **Deposits and Credits - 3 items** | | | | | | |
| Bill Pmt -Check | 12/26/2015 | 1010 | Georgia Power | | 0.00 | 0.00 |
| Bill Pmt -Check | 07/12/2017 | 1298 | Atlanta Neurology Po | | 0.00 | 0.00 |
| Bill Pmt -Check | 07/12/2017 | 1290 | Comcast | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -136.64 | -136.64 |
| Register Balance as of 02/28/2018 | | | | | -201.13 | 9.00 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Bill Pmt -Check | 03/03/2018 | 1409 | Wells Fargo Home ... | | -636.11 | -636.11 |
| Bill Pmt -Check | 03/03/2018 | 1408 | U. S. Trustee Paym... | | -325.82 | -961.93 |
| Bill Pmt -Check | 03/03/2018 | 1402 | Comcast 1111 | | -175.94 | -1,137.87 |
| Bill Pmt -Check | 03/03/2018 | 1406 | True Natural Gas | | -130.91 | -1,268.78 |
| Bill Pmt -Check | 03/03/2018 | 1407 | True Natural Gas 4... | | -125.08 | -1,393.86 |
| Bill Pmt -Check | 03/03/2018 | 1404 | Georgia Power | | -75.92 | -1,469.78 |
| Bill Pmt -Check | 03/03/2018 | 1403 | Florida Power | | -49.69 | -1,519.47 |
| Check | 03/04/2019 | eft | Emcompass Home .. | | -444.58 | -1,964.05 |
| Total Checks and Payments | | | | | -1,964.05 | -1,964.05 |

11:41 AM

03/09/18

# Rita Rose
## Reconciliation Detail
Rita Rose, Period Ending 02/28/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 03/03/2018 | dep | Rita Rose | | 700.00 | 700.00 |
| Deposit | 03/03/2018 | dep | Rita Rose | | 850.00 | 1,550.00 |
| Deposit | 03/05/2018 | eft | Rita Rose | | 160.00 | 1,710.00 |
| Deposit | 03/05/2018 | dep | Daniel E. Rose | | 200.00 | 1,910.00 |
| Total Deposits and Credits | | | | | 1,910.00 | 1,910.00 |
| Total New Transactions | | | | | -54.05 | -54.05 |
| Ending Balance | | | | | -255.18 | -45.05 |

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 210 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | 1641 | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) Sen.115 / Rental | 305 / 1,536 | |
| **TOTAL RECEIPTS** | | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | 209.77 | |
| Household Repairs & Maintenance | | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | 1,824.82 | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | 40.92 | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 621.42 | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) SVF / Cooper | 3.00 / 185.72 | |
| | | |
| **Total Household Disbursements** | | |
| | | |
| CASH - End of Month (Must equal reconciled bank statement-Attachment No. 2) | -45.25 | |

Monthly Operating Report - Individual

11:39 AM
03/09/18
Accrual Basis

# Rita Rose
## Profit & Loss Detail
### February 2018

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | |
| **Income** | | | | | | | | |
| **Rental Income** | | | | | | | | |
| Deposit | 02/01/2018 | | 396 Norton Circle | Deposit | | Rita Rose | 850.00 | 850.00 |
| Deposit | 02/01/2018 | | 4751 Winters Chap... | Deposit | | Rita Rose | 700.00 | 1,550.00 |
| Total Rental Income | | | | | | | 1,550.00 | 1,550.00 |
| Total Income | | | | | | | 1,550.00 | 1,550.00 |
| Gross Profit | | | | | | | 1,550.00 | 1,550.00 |
| **Expense** | | | | | | | | |
| **Bank Service Charges** | | | | | | | | |
| Check | 02/28/2018 | eft | Suntrust | | | Rita Rose | 3.00 | 3.00 |
| Total Bank Service Charges | | | | | | | 3.00 | 3.00 |
| **Computer and Internet Expenses** | | | | | | | | |
| Bill | 02/02/2018 | 0274... | Comcast | | | Accounts Pay... | 185.42 | 185.42 |
| Total Computer and Internet Expenses | | | | | | | 185.42 | 185.42 |
| **Groceries** | | | | | | | | |
| Check | 02/20/2018 | debit | Krogers | | | Rita Rose | 54.98 | 54.98 |
| Check | 02/22/2018 | debit | Krogers | | | Rita Rose | 54.76 | 109.74 |
| Total Groceries | | | | | | | 109.74 | 109.74 |
| **Meals and Entertainment** | | | | | | | | |
| Check | 02/20/2018 | debit | Asian Cafe | | | Rita Rose | 40.72 | 40.72 |
| Total Meals and Entertainment | | | | | | | 40.72 | 40.72 |
| **Medical Expense** | | | | | | | | |
| Bill | 02/13/2018 | 0573... | Emory St. Joseph's... | | | Accounts Pay... | 93.10 | 93.10 |
| Bill | 02/14/2018 | 0000... | North Perimeter An... | equipment | | Accounts Pay... | 22.96 | 116.06 |
| Bill | 02/14/2018 | 7994... | Laureate Medical G... | | | Accounts Pay... | 21.77 | 137.83 |
| Bill | 02/14/2018 | 1528... | Daniel S Goodman | | | Accounts Pay... | 25.22 | 163.05 |
| Bill | 02/14/2018 | 1586... | Daniel S Goodman | | | Accounts Pay... | 21.77 | 184.82 |
| Total Medical Expense | | | | | | | 184.82 | 184.82 |
| **Utilities** | | | | | | | | |
| Bill | 02/02/2018 | 2472... | Dekalb County Rem... | | | Accounts Pay... | 63.88 | 63.88 |
| Bill | 02/13/2018 | 0027... | Comcast 1111 | | | Accounts Pay... | 0.00 | 63.88 |
| Bill | 02/13/2018 | 0027... | Comcast 1111 | | | Accounts Pay... | 175.94 | 239.82 |
| Bill | 02/13/2018 | 23082 | Georgia Power | | | Accounts Pay... | 75.92 | 315.74 |
| Bill | 02/13/2018 | 6841... | Florida Power | | | Accounts Pay... | 49.69 | 365.43 |

11:39 AM
03/09/18
Accrual Basis

# Rita Rose
# Profit & Loss Detail
## February 2018

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Bill | 02/20/2018 | 7685... | True Natural Gas 4... | | | Accounts Pay... | 125.08 | 490.51 |
| Bill | 02/20/2018 | 7686... | True Natural Gas | | | Accounts Pay... | 130.91 | 621.42 |
| Total Utilities | | | | | | | 621.42 | 621.42 |
| Total Expense | | | | | | | 1,145.12 | 1,145.12 |
| Net Ordinary Income | | | | | | | 404.88 | 404.88 |
| **Other Income/Expense** | | | | | | | | |
| **Other Income** | | | | | | | | |
| **Other Income Loan** | | | | | | | | |
| Deposit | 02/13/2018 | dep | Suntrust | transfer from ... | | Rita Rose | 200.00 | 200.00 |
| Deposit | 02/14/2018 | eft | Suntrust | transfer from ... | | Rita Rose | 25.00 | 225.00 |
| Deposit | 02/20/2018 | 1382... | Suntrust | transfer from ... | | Rita Rose | 80.00 | 305.00 |
| Total Other Income Loan | | | | | | | 305.00 | 305.00 |
| **Socal Security** | | | | | | | | |
| Deposit | 02/13/2018 | dep | Suntrust | Deposit | | Rita Rose | 1,661.00 | 1,661.00 |
| Total Socal Security | | | | | | | 1,661.00 | 1,661.00 |
| Total Other Income | | | | | | | 1,966.00 | 1,966.00 |
| Net Other Income | | | | | | | 1,966.00 | 1,966.00 |
| Net Income | | | | | | | 2,370.88 | 2,370.88 |

11:39 AM
03/09/18
Accrual Basis

# Rita Rose
# Profit & Loss
## February 2018

|  | Feb 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | 1,550.00 |
| **Total Income** | 1,550.00 |
| **Gross Profit** | 1,550.00 |
| **Expense** | |
| Bank Service Charges | 3.00 |
| Computer and Internet Expenses | 185.42 |
| Groceries | 109.74 |
| Meals and Entertainment | 40.72 |
| Medical Expense | 184.82 |
| Utilities | 621.42 |
| **Total Expense** | 1,145.12 |
| **Net Ordinary Income** | 404.88 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income Loan | 305.00 |
| Socal Security | 1,661.00 |
| **Total Other Income** | 1,966.00 |
| **Net Other Income** | 1,966.00 |
| **Net Income** | 2,370.88 |

11:40 AM  
03/09/18  
Accrual Basis

# Rita Rose
## Balance Sheet
### As of February 28, 2018

|  | Feb 28, 18 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Rita Rose | 9.00 |
| **Total Checking/Savings** | 9.00 |
| **Total Current Assets** | 9.00 |
| **TOTAL ASSETS** | 9.00 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 2,559.90 |
| **Total Accounts Payable** | 2,559.90 |
| **Other Current Liabilities** | |
| Mortgage | -30,125.89 |
| **Total Other Current Liabilities** | -30,125.89 |
| **Total Current Liabilities** | -27,565.99 |
| **Total Liabilities** | -27,565.99 |
| **Equity** | |
| Opening Balance Equity | 100.00 |
| Retained Earnings | 24,524.35 |
| Net Income | 2,950.64 |
| **Total Equity** | 27,574.99 |
| **TOTAL LIABILITIES & EQUITY** | 9.00 |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 3
63/E00/0175/0/11
**********4828
02/28/2018
0000


SunTrust

Account Statement

RITA ROSE DIP
CASE #1571563
1217 VILLAGE TERRACE CT
DUNWOODY GA 30338-2318

Questions? Please call
1-800-786-8787

How can we make life easier for you?
Paperless statements via Online Banking help you cut clutter and stay organized.
There is no paper to keep track of and it can help reduce the risk of statement theft through the mail.
Start today. Sign in to Online Banking and click "Turn On/Off Paper Statements."

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| ESSENTIAL CHECKING | ********4828 | 02/01/2018 - 02/28/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $210.13 | Average Balance | $886.25 |
| Deposits/Credits | $3,516.00 | Average Collected Balance | $886.25 |
| Checks | $3,427.03 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $153.46 | | |
| Ending Balance | $145.64 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 1000191004828 | **************4844 |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| 02/01 | | Beginning Balance | | | 210.13 |
| 02/05 | | Deposit | 700.00 | | |
| 02/05 | | Deposit | 850.00 | | 1,760.13 |
| 02/08 | 1392 | Check | | 27.59 | 1,732.54 |
| 02/09 | 1390 | Check | | 107.49 | |
| 02/09 | 1391 | Check | | 94.09 | |
| 02/09 | 1394 | Check | | 115.05 | |
| 02/09 | 1393 | Check | | 146.08 | 1,269.83 |
| 02/12 | 1395 | Check | | 649.83 | |
| 02/12 | 1388 | Check | | 175.94 | 444.06 |
| 02/14 | | Online Banking Transfer From 0175 00001000191004844 | 25.00 | | 469.06 |
| 02/16 | 1389 | Check | | 444.58 | 24.48 |
| 02/20 | | Online Banking Transfer From 0175 00001000191004844 | 80.00 | | |
| 02/20 | | Point of Sale Debit TR DATE 02/17 Kroger Dunwoody Ga 40021066 | | 54.98 | |
| 02/20 | | Check Card Purchase TR DATE 02/17 Asian Cafe Dunwoody Ga | | 40.72 | 8.78 |
| 02/21 | | Electronic/ACH Credit SSA Treas 310 Xxsoc Sec *****7891A SSA | 1,661.00 | | |
| 02/21 | | Online Banking Transfer From 0175 00001000191004844 | 200.00 | | 1,869.78 |
| 02/22 | | Point of Sale Debit TR DATE 02/22 Kroger Dunwoody Ga 40021003 | | 54.76 | 1,815.02 |
| 02/26 | *1401 | Check | | 22.96 | 1,792.06 |

109773

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 3
63/E00/0175/0/11
XXXXXXXXX4828
02/28/2018



# Account Statement

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| 02/27 | *1399 | Check | | 1,458.00 | |
| 02/27 | 1396 | Check | | 185.42 | 148.64 |
| 02/28 | | Paper Statement Fee | | 3.00 | 145.64 |
| 02/28 | | Ending Balance | | | 145.64 |
| | | Credit and Debit Totals | $3,516.00 | $3,580.49 | |

* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.
The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/01 | 210.13 | 210.13 | 02/20 | 8.78 | 8.78 |
| 02/05 | 1,760.13 | 1,760.13 | 02/21 | 1,869.78 | 1,869.78 |
| 02/08 | 1,732.54 | 1,732.54 | 02/22 | 1,815.02 | 1,815.02 |
| 02/09 | 1,269.83 | 1,269.83 | 02/26 | 1,792.06 | 1,792.06 |
| 02/12 | 444.06 | 444.06 | 02/27 | 148.64 | 148.64 |
| 02/14 | 469.06 | 469.06 | 02/28 | 145.64 | 145.64 |
| 02/16 | 24.48 | 24.48 | | | |

Saving is different for everyone. It's personal.
No matter what you are saving for, this is the perfect time of year
to ensure you're prepared for the expected and unexpected.
Save your tax refund or bonus to live more confidently.
Visit your local branch, call 800.322.3158, or go to suntrust.com/savings, to get started.
SunTrust Bank, Member FDIC.

Introducing the SunTrust Mortgage Medical Professional Mortgage, a new home loan program
exclusively for licensed nurses, physician assistants, dental hygienists, and
occupational/speech therapists.1 With down payments as low as 3%2, no required mortgage
insurance and highly competitive rates, homeownership is now more affordable for these
caring professionals. To learn more, call 844-265-0504.
1 At least one borrower on the loan must be certified, accredited, or licensed as one
of the following: Dental Hygienist, Nurse, Physician Assistant, Occupational Therapist,
or Speech Language Pathologist (Speech Therapist). Income restrictions may apply.
Applications must be received by April 13, 2018 and close by May 25, 2018.
2 Additional down payment may be required if property is in a declining market
or if required by state regulations.
Equal Housing Lender. SunTrust Mortgage, Inc., NMLS #2915

109774

Member FDIC

Continued on next page

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| Total Business Receipts | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g. transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | | |
| | | |
| Total Business Disbursements | | |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) | | |

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE |||| |
|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | | |
| | | | | | |
| | | | | | |

___ Check here if United States Trustee has been listed as a Certificate Holder on all policies of insurance

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:





Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | [illegible] | [redacted] | | |
| Account Number: | | | | |
| Purpose of Account (Business/Personal) | P | N/A | | |
| Type of Account (e.g. checking) | checking | | | |
| 1. Balance per Bank Statement | | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | TOTAL $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3B

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | TOTAL | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3C

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.