**IT IS ORDERED as set forth below:**



**Date: April 19, 2018**

_____
**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| RITA ANN ROSE | : | |
| | : | CASE NO. 15-71563-SMS |
| | : | |
| | : | |
| Debtor | : | |

_____

**ORDER GRANTNG INTERIM FEE APPLICATION FOR DEBTOR'S COUNSEL**

Debtor's counsel filed its Interim Application for Chapter 11 Legal Fees ("Fee Application") on November 3, 2017 (Doc. No. 100). All parties were served and none filed an objection.

On December 7 2017, Debtor's counsel Howard P. Slomka, Esq. appeared. It is accordingly:

ORDERED that Debtor's counsel is entitled to fees and costs in the amount of $29,865.00 as stated in the Fee Application. Debtor's counsel is authorized to disburse $20,002.00 from its trust account and to collect the remainder from Debtor.

IT IS FURTHER ORDERED that counsel for Debtor shall promptly serve a copy of this Order and Notice upon all creditors and parties in interest and shall file the appropriate certificate of service with this Court within three (3) business days thereafter.

**END OF DOCUMENT**

Prepared by:

____/s/_____
Howard P. Slomka
Georgia Bar No. 652875
Attorney for Debtor
Slipakoff & Slomka, PC
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
howie@slomkalawfirm.com

**Distribution List:**
Howard P. Slomka
Slipakoff & Slomka, PC
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339