**IT IS ORDERED as set forth below:**

**Date: May 10, 2018**



_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-71563-sms |
| | ) | |
| RITA ANN ROSE | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

=======================================================================

## ORDER GRANTING APPLICATION REQUESTING CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT AND NOTICE OF HEARING REGARDING DISCLOSURE STATEMENT, <u>AND CONFIRMATION OF PLAN OF REORGANIZATION</u>

Debtor filed its Application for Order Granting Conditional Approval of Disclosure Statement and Notice of Assignment of Hearing (the "Motion") (Doc. No. 121) on May 9, 2018. The Application requested this Court to issue an Order (1) Conditionally Approving Amended Disclosure Statement (Doc. No. 118); (2) Scheduling a Hearing To Consider Final Approval Thereof, and Plan Confirmation Hearing; (3) Establishing Deadline for Filing Objections to the Disclosure Statement and Plan of Reorganization; (4) Establishing Deadline for Casting Ballots to

Accept or Reject Plan of Reorganization. The Amended Plan and the Disclosure Statement are available for review in the office of the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 between 8:00 a.m. and 4:00 p.m. or online at http://ecf/ganb/uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users.). Alternatively, creditors may request a copy of the Plan and Disclosure statement by contacting Debtor's attorney:

> Howard P. Slomka, Esq.
> Attorney for Debtor
> Slipakoff and Slomka P.C
> 2859 Paces Ferry Road, Suite 1700
> Atlanta, GA 30339
> hs@myatllaw.com
> (404) 800-4017

Accordingly, it is hereby

**ORDERED and NOTICE IS HEREBY GIVEN** that:

A. The Amended Disclosure Statement filed by Debtor (Doc. No. 118) is conditionally approved.

B. June 15, 2018, is fixed as the last day for filing and serving written objections to the Disclosure Statement or to confirmation of the Plan. Any such written objection to the Disclosure Statement or to confirmation of Debtor's Plan must be filed with the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 and a copy mailed to Debtor's attorney, Howard P. Slomka, Esq. 1069 Spring Street, NW, 2nd Floor Atlanta, GA 30309.

C. July 15, 2018 is fixed as the last day for casting ballots to accept or reject Debtor's Plan. All ballots must be filed with the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 and a copy mailed to Debtor's attorney.

D. A hearing will be held on **August 1, 2018, at 11:00 a.m. in Courtroom 1201**, United States Courthouse, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta,

Georgia 30303, (I) to consider any objections to the Disclosure Statement, and (II) to consider confirmation of the Plan.

At least three days prior to the scheduled hearing on confirmation of the Plan, Debtor's attorney shall file a Summary of the Voting on the Plan of Reorganization indicating that all ballots cast have been tabulated and the resulting vote for each class designated in the Plan.

Counsel for Debtor shall serve a copy of this Order on all creditors and interested parties, and file a certificate of service evidencing same.

*** END OF ORDER ***

Prepared and presented by:
_____/s/_____
Howard P. Slomka, Esq.
GA Bar 652875
Attorney for Debtor
Slipakoff and Slomka P.C
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
hs@myatllaw.com
(404) 800-4017

**Distribution List**

Howard P. Slomka, Esq.
GA Bar 652875
Attorney for Debtor in Posession
Slipakoff and Slomka P.C
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
hs@myatllaw.com
(404) 800-4017

**END OF DOCUMENT**