**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-71563-sms |
| | ) | |
| RITA ANN ROSE | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

==================================================================

**CLASS 2 BALLOT FOR ACCEPTING OR REJECTING**
**PLAN OF REORGANIZATION**

  **Rita Ann Rose.,** filed an amended plan of reorganization dated April 16, 2018 (the "Plan") (Doc 117) for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot and is included in this mailing. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

  **You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Claim has been placed in <u>Class 2</u> under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

  **If your ballot is not received by** *The Clerk of the Bankruptcy Court or filed via ECF system* **on or before <u>*JULY 15, 2018*</u> and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

  **If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 2 claim against the Debtor in the unpaid amount of:

**$33,573.00  Wells Fargo Bank**

(Check one box only)

☒ ACCEPTS THE PLAN          ☐ REJECTS THE PLAN

Dated: July 13, 2018

Print or type name: Taylor S. Mansell
Signature: /s/Taylor S. Mansell
Title (if corporation or partnership)   Attorney for Wells Fargo Bank, N.A.
Address: 211 Perimeter Center Parkway., Suite 300 | Atlanta, GA 30346

RETURN THIS BALLOT TO:

**United States Bankruptcy Court for the Northern District of Georgia**
**Clerk of Bankruptcy Court**
**75 Spring Street, SW**
**Room 1340**
**Atlanta, GA 30303**          With email copy to: hs@myatllaw.com