**IT IS ORDERED as set forth below:**

**Date: April 2, 2019**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-71563-sms |
| | ) | |
| RITA ANN ROSE | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

==================================================================

## ORDER GRANTING
## DEBTOR'S APPLICATION FOR FINAL DECREE

Before the Court is Debtor's Application for Final decree filed February 28, 2019 (Doc. No. 152) (the "Application"). It appears the Application has been properly served and no party in interest has filed an objection. Debtor has filed her monthly and quarterly operating report, is paying all creditors in accordance with the confirmed plan of reorganization and is current with her quarterly payments to the US Trustee. No issues of jurisdiction have been raised, the relief requested is appropriate, and the United States Trustee has indicated his consent the Application and to this Order.

Accordingly, it is ORDERED that:

(1)      Debtor's Application is GRANTED; and

(2)      The provisions of Debtor's Plan are and continue to be binding on Debtor, her creditors and equity security holders, and any other parties in interest, whether or not such claim or interest was impaired by the Plan and whether or not such creditors or equity holders or partied in interest accepted the Plan; and

(3)      The Court shall retain jurisdiction to enter a discharge Order and reopen the case for that limited purpose without Debtor's paying a fee to reopen the case solely for the purpose of entry of a discharge Order upon completion of all Plan payments.

(4)      Debtor's above styled case is hereby CLOSED.

(5)      Debtor's counsel shall serve a copy of this Order within three (3) days on (a) the Office of the United States Trustee; (b) all secured and unsecured creditors in the case and their counsel; and (c) any other parties or entities requesting service.

[END OF ORDER]

Draft prepared and submitted by:

By:___/s/  Howard P. Slomka_____
Georgia Bar #652875
2859 Paces Ferry Rd. SE. Suite 1700
Atlanta, Georgia 30339
(678) 732-0001 (telephone)
hs@atl.law (e-mail)
Attorney for Debtor

Reviewed by:

By:_____/s/ Lindsay Kolba_____
Lindsay P. S. Kolba GA Bar 541621
Office of the U.S. Trustee. Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
(404) 331-4437
(404) 331-4464 (fax)

## DISTRIBUTION LIST

Howard P. Slomka, Esq.
Slipakoff & Slomka PC
2859 Paces Ferry Rd. SE. Suite 1700
Atlanta, Georgia 30339